IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-23-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) $8,500 IN U.S. CURRENCY, ) ) Defendant. ) | **ORDER** |

On May 21, 2015, Badorian A. Cromartie ("Cromartie"), a federal prisoner proceeding pro se, moved to dismiss this forfeiture action. See [D.E. 7]; Fed. R. Civ. P. 12(b)(1), (6). On July 8, 2015, Cromartie withdrew his claim. See [D.E. 9]. Accordingly, the motion to dismiss [D.E. 7] is DISMISSED as moot.

SO ORDERED. This 30 day of December 2015.

JAMES C. DEVER III
Chief United States District Judge