IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CV-23-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| $8,500.00 IN U. S. CURRENCY, | ) |
| | ) |
| Defendants. | ) |

___

**DEFAULT**
___

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 5th day of May, 2016.

*/s/ Julie Richards Johnston*
JULIE RICHARDS JOHNSTON, Clerk
U. S. District Court
Eastern District of North Carolina